

Benjamin D. Weisenberg
Direct: 917.747.5303
ben@weisenbergfirm.com

450 LEXINGTON AVE – 4TH FLOOR
NEW YORK, NY 10017

535 MISSION STREET – 14TH FLOOR
SAN FRANCISCO, CA 94105

WEISENBERGFIRM.COM

# MEMO ENDORSED

June 25, 2021

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**Re:   Salazar et al. v. Cuetes Corp., 20-cv-8167 (KMK) (AEK)**
**Request for a Settlement Conference**

Dear Hon. Kenneth M. Karas,

The Weisenberg Firm, PLLC (the "Firm"), represents Plaintiffs Jose Salazar and the putative FLSA Collective and NYLL Class in the above captioned lawsuit. On behalf of all parties, the Firm writes to request an adjournment of the upcoming Thursday, July 1, 2021, 10:30 a.m. teleconference.

On May 26, 2021, the parties appeared before Hon. Mag. Judge Andrew E. Krause for a hybrid settlement and status conference. This parties continue to make significant progress in regard to discovery. The parties, however, are still working to complete discovery in this Action. The parties believe making further progress in discovery will assist the parties in their settlement discussions. To that end, Magistrate Judge Andrew E. Krause extended fact discovery from June 8, 2021, to August 6, 2021. *See* ECF Dkt. Text Order dated May 26, 2021.

In the interest of preserving judicial resources, the parties respectfully request the Court adjourn the Thursday, July 1, 2021, 10:30 a.m. teleconference until a date convenient to the Court's calendar sometime after the August 6, 2021 discovery cut-off date.

Salazar et al. v. Cuetes Corp.
20-cv-8167 (KMK) (AEK)
Page 2 of 2

Thank you for your time and consideration in the above request.

>                             Yours, &c.
>
>                             **WEISENBERG FIRM, PLLC**
>
>                             Benjamin D. Weisenberg

cc:     All counselors of record by ECF

The Court will hold a conference on October 5, 2021 at 10:30 AM. No more extensions will be granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/28/2021