

Benjamin D. Weisenberg
Direct: 917.747.5303
ben@weisenbergfirm.com

450 LEXINGTON AVE – 4TH FLOOR
NEW YORK, NY 10017

535 MISSION STREET – 14TH FLOOR
SAN FRANCISCO, CA 94105

WEISENBERGFIRM.COM

August 31, 2021

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: **Salazar et al. v. Cuetes Corp., 20-cv-8167 (KMK) (AEK)**
**Request for a Settlement Conference**

Dear Hon. Kenneth M. Karas,

The Weisenberg Firm, PLLC (the "Firm"), represents Plaintiffs Jose Salazar and the putative FLSA Collective and NYLL Class in the above captioned lawsuit. On behalf of all parties, the Firm writes to inform the Court that the parties have reached an agreement to settle this matter subject to formal memorialization and Court approval. The parties are concurrently filing their consent to proceed before a Magistrate Judge for the remainder of this Action.

The parties respectfully request all deadlines be stayed in this action pending submission of the parties' Motion to Approval a FLSA and NYLL Class Action settlement.

Thank you for your time and consideration in the above request.

The parties' request to stay all deadlines pending submission of the parties' motion for settlement approval is granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
9/1/2021

Yours, &c.

**WEISENBERG FIRM, PLLC**

Benjamin D. Weisenberg