UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Salazar,

                      Plaintiff,                    **ORDER**

      -against-                      20 Civ. 8167 (AEK)

Cuetes Corp.,

                      Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the Court's most recent Order, ECF No. 39, the parties were supposed to have filed their Cheeks submission, seeking approval of their settlement, by no later than December 3, 2021.  Having received nothing, the Court contacted counsel at the end of December and was informed that the parties would be seeking an additional extension of time so that they could file their Cheeks submission imminently.  To date, the Court has still received nothing.  Accordingly, the Court orders the parties to file either a request for a nunc pro tunc extension of time or their Cheeks submission **by no later than Wednesday, January 12, 2022**.

Dated:  January 10, 2022
           White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge